The People of the State of New York, Appellant, v. Norwegian Underwriters (Claiming to be a Lloyds Association in Succession to New York Central Lloyds) and Others, Respondents.— Order reversed, on the law and facts, with ten dollars costs and disbursements, and stipulation of facts modified by inserting the words " certificate of authority under the Insurance Law, section 301,"* in place of the word " charter " and the word " franchise " where in the stipulated facts the defendants may so desire, the purpose of this order being to remove from

* Added by Laws of 1910, chap. 638.— [Rep,

the stipulated facts any admission that that which defendants had from the State is a "charter" or "franchise," leaving this question for determination at the trial, but not to relieve them from a stipulation of the facts, made in anticipation of the trial. Having stated facts in a pleading or stipulated them, a party should not lightly or unnecessarily be relieved from its admissions of fact where it will cast a burden on the other party. (*Levy* v. *Delaware, L. & W. R. R. Co.*, 211 App. Div. 503.) Van Kirk, P. J., Hinman, Davis and Hasbrouck, JJ., concur; Hill, J., dissents and votes for affirmance.